**Dated: January 24, 2018**
**The following is SO ORDERED:**

David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Chapter 13 Case |
| TIJUANNA R. BROOKS, | * | Case No. 17-30102-K |
| | * | |
| Debtor(s). | * | |

**CONSENT ORDER CONDITIONALLY LIFTING AUTOMATIC STAY**

This cause came on to be heard upon the consent of Terrance Jones, landlord of Debtor, by counsel, and upon the consent of Tijuanna R. Brooks, Debtor herein, by counsel, and upon the entire record, from which it satisfactorily appears that the automatic stay in this cause should be lifted only if Debtor fails to make future ongoing rental payments to Terrance Jones (landlord).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay in this cause is hereby lifted, conditioned upon Debtor's failure to make ongoing timely rental payments for her residence, 4403 Kerwin, Memphis, Tennessee 38128, as follows: Debtor shall pay rent for the month of December, 2017 by December 10, 2017, and each month thereafter by the 10th of each respective month. In the event

Debtor fails to make any rental payment as specified in this Order, the automatic stay in this cause shall be lifted to allow Terrance Jones (landlord) to proceed with his/her present Forcible Entry and Detainer action in the General Sessions Court of Shelby County, Tennessee to regain possession of the said rental premises, 4403 Kerwin, Memphis, Tennessee 38128.  All claims for rental arrearages, late fees, damages, attorney fees, or any other monetary claim by Terrance Jones (landlord) shall be made to the Bankruptcy Court in this cause, so long as this Chapter 13 proceeding is active.  Terrance Jones (landlord) shall be listed as a Class I unsecured creditor for all accrued rents, late charges and attorney fees in the total amount of $1,430.00 with specified monthly payments of $100.00 (or whatever amount) upon the filing of an amended proof of claim. The Trustee will increase plan payments as necessary.  This Order will be with prejudice as to any future filings by Debtor, as to possession of the said rental premises.

    IT IS SO ORDERED.

APPROVED:

/s/Joseph S. Hardison
Attorney for Landlord
239 Adams Avenue
Memphis, TN 38103

/s/Michael J. Baloga
Attorney for Debtor
314 Poplar Avenue
Memphis, TN 38103

/s/ George W. Stevenson
Chapter 13 Trustee

cc:   Debtor(s)
      Trustee

      Terrance Jones
      Joseph S. Hardison, Attorney
      239 Adams Avenue
      Memphis, TN 38103